AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: *MIDDLE* |
|---|---|

| Name (under which you were convicted): *JEAN HOLYBRICE* | Docket or Case No.: *8-18-CV-2374-T-17AEP* |
|---|---|

| Place of Confinement : *OKALOOSA C.I. CRESTVIEW FLA.* | Prisoner No.: *444122* |
|---|---|

| Petitioner (include the name under which you were convicted) *JEAN C. HOLYBRICE* | v. | Respondent (authorized person having custody of petitioner) *SECRETARY DEPARTMENT OF CORRECTIONS STATE OF FLORIDA* |
|---|---|---|

The Attorney General of the State of:

*8:23 CV 1096 MSS-TGW*

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    *CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT PINELLA COUNTY FLA. 14250 49TH ST. N. CLEARWATER FLA.*

    (b) Criminal docket or case number (if you know): *L.T. NO: CRC-08-21713 CFANO*

2.  (a) Date of the judgment of conviction (if you know): *SEPTEMBER 13 2013*

    (b) Date of sentencing: *SEPTEMBER 13 2013*

3.  Length of sentence: *40 YEARS STATE PRISON 30 YEARS MINIMUM MANDATORY*

4.  In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes   ☒ No

5.  Identify all crimes of which you were convicted and sentenced in this case: *1 COUNT OF ROBBERY*

6.  (a) What was your plea? (Check one)

    ☒ (1)  Not guilty     ☐ (3)  Nolo contendere (no contest)

    ☐ (2)  Guilty          ☐ (4)  Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____*N/A*_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

         ☒   Jury     ☐   Judge only

7.     Did you testify at a pretrial hearing, trial, or a post-trial hearing?

         ☒   No

8.     Did you appeal from the judgment of conviction?

         ☐   Yes     ☐   No

9.     If you did appeal, answer the following:

     (a) Name of court: _____*2ND DCA*_____

     (b) Docket or case number (if you know): _____*2D13-4747*_____

     (c) Result: _____*PCA*_____

     (d) Date of result (if you know): _____*MANDATE MAY 7 2015*_____

     (e) Citation to the case (if you know): _____*STATE V. HOLYBRICE 172 So.3D 878 (2ND-2015)*_____

     (f) Grounds raised: _____

     *ALL GROUNDS RAISED WERE AT STATE LEVEL AND ALL*
     *GROUNDS SENT TO HIGHEST STATE COURT*

_____

_____

_____

     (g) Did you seek further review by a higher state court?     ☒   Yes    ☐   No

        If yes, answer the following:

        (1) Name of court: _____*U.S. DISTRICT COURT- MIDDLE*_____

        (2) Docket or case number (if you know): _____*ABOVE*_____

        (3) Result: _____*TIME BARRED - CLAIM HERE IS ON FEDERAL LEVEL*
        *MISCARRIAGE OF JUSTICE*

Page 3 of 16

AO 241 (Rev. 09/17)

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ■ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ■ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ■ No

(7) Result:

AO 241 (Rev. 09/17)

        (8) Date of result (if you know): _____

   (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____ *NA* _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☐ No

        (7) Result: _____ *NA* _____

        (8) Date of result (if you know): _____

   (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: _____ *NA* _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

(7) Result: _____ *NA*

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    ☐ Yes    ☐ No

    (2) Second petition:    ☐ Yes    ☐ No

    (3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

*N A*

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** *MISCARRIAGE OF JUSTICE - INEFFECTIVE ASSISTANCE OF COUNSEL / ABANDONMENT AT FEDERAL POST CONVICTION LEVEL*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*PETITIONERS RIGHTS TO DUE PROCESS AND 6TH AMENDMENT RIGHTS TO EFFECTIVE ASSISTANCE OF COUNSEL IN POST CONVICTION STAGE WHEN COUNSEL ABANDONED HER CLIENT THEN FILED HIS 2254 43 DAYS LATE CAUSING PETITIONER TO BE TIME BARRED. THESE FACTS CREATE A MISCARRIAGE OF JUSTICE THAT SHOULD BE CORRECTED BY THIS COURT*

(b) If you did not exhaust your state remedies on Ground One, explain why: *FEDERAL LEVEL*

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

     (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

     (2) If you did not raise this issue in your direct appeal, explain why: _____ *NA* _____

     _____

**(d) Post-Conviction Proceedings:**

     (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

         ☐ Yes    ☐ No

     (2) If your answer to Question (d)(1) is "Yes," state:

     Type of motion or petition: _____ *NA* _____

     Name and location of the court where the motion or petition was filed: _____

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available): _____

     (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

     (4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

     (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

     (6) If your answer to Question (d)(4) is "Yes," state:

     Name and location of the court where the appeal was filed: _____ *NA* _____

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available): _____

     (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

     _____ *NA* _____

     _____

AO 241 (Rev. 09/17)

(c)      **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?       ☐ Yes       ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:      *NA*

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:      *NA*

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?       ☐ Yes       ☐ No

(4) Did you appeal from the denial of your motion or petition?       ☐ Yes       ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?       ☐ Yes       ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:      *NA*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:      *NA*

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:         *NA*

**GROUND TWO:**                         *NA*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
                                                                            *NA*

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐   Yes      ☐   No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐   Yes      ☐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

---

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:          *NA*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):          *NA*

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____ *N/A*

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ *N/A*

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*NA*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*NA*

· (b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

*NA*

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

*NA*

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____ *NA* _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?             ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?        ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____ *NA* _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ■ Yes      ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:

_____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

*MISCARRIAGE OF JUSTICE - INEFFECTIVE ASSISTANCE
OF COUNSEL / ABANDONMENT AT FEDERAL 2254 LEVEL*

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?      ■  Yes      ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.

_____

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?      ☐  Yes      ■ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: ___*RACHEAL REESE*___

___*SUITE 330 TAMPA FLA (O'BRIEN AND HATFIELD) 33606*___

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐  Yes     ☑  No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐  Yes     ☐  No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

*MISCARRIAGE OF JUSTICE FOR INEFFECTIVE ASSISTANCE OF COUNSEL AND ABANDONMENT AT FEDERAL POST CONVICTION LEVEL. THE PETITIONER HIRED RACHAEL RAY TO HANDLE THE POST CONVICTION PART OF HIS CASE AND AFTER CLOSE TO TWO YEARS OF LOSSES THE ATTORNEY ENDED ALL CONTACT WITH THE PETITIONER. THIS IS A CLEAR CASE OF*

ABANDONMENT AND INEFFECTIVE ASSISTANCE OF COUNSEL AT THE POST CONVICTION LEVEL. THEN AFTER NO CONTACT WITH THE ATTORNEY FOR MONTHS, THE PETITIONER GETS A LETTER FROM HER SAYING THAT SHE HAS FILED A 2254 PETITION IN FEDERAL COURT ON HIS BEHALF. THIS MOTION WAS SOON DENIED AS TIME BARRED BECAUSE IT WAS 43 DAYS TOO LATE. THIS SHOWS THAT COUNSEL WAS UNACQUAINTED WITH THE LAWS AND FACTS OF THE PETITIONERS CASE FOR FAILURE TO KEEP ABREAST OF THE ONE YEAR FEDERAL TIME. THIS IS A CLEAR CASE OF INEFFECTIVE ASSISTANCE. BY LAW INEFFECTIVE ASSISTANCE OF COUNSEL CAN BE GROUNDS TO SET ASIDE A PROCEDURAL DEFAULT AND THAT ONE ERROR BY THE ATTORNEY CAN RISE TO THE LEVEL OF INEFFECTIVENESS. THIS WAS THAT ONE ERROR. THE LAWYERS DEFICIENT PERFORMANCE AND ABANDONMENT IN THE PETITIONERS CASE TOOK AWAY HIS FINAL CHANCE TO OBTAIN FREEDOM THROUGH THE COURT SYSTEM. THEREFORE, THE PETITIONER ASKS THIS COURT: "WHAT COULD BE A CLEARER MISCARRIAGE OF JUSTICE THAN A PETITIONERS OWN ATTORNEY VIOLATES HIS 6TH AMENDMENT RIGHT TO COUNSEL BECAUSE OF ABANDONMENT AND INEFFECTIVENESS?" A KEY CASE HERE THAT DEALS WITH ABANDONMENT TO OVERCOME A PROCEDURAL BAR IS HOLLAND V. FLORIDA. CLEARLY ESTABLISHED DEFINITIONS OF ABANDONMENT ARE: DESERTED - AS THE ATTORNEY DID THE DEFENDANTS CASE FOR MORE THAN 43 DAYS. DISCARDED - WHICH THE LAWYER DID WITH THE DEFENDANTS CASE FOR MORE THAN 43 DAYS. CAST ASIDE - WHICH THE LAWYER DID THE PETITIONER CASE FOR MORE THAN 43 DAYS. FORGOTTEN - WHICH THE PETITIONERS CASE WAS BY HIS LAWYER FOR MORE THAN 43 DAYS. FORSAKEN - AS THE DEFENDANTS CASE WAS BY HIS ATTORNEY FOR MORE THAN 43 DAYS. PETITIONERS ATTORNEY WAS SIDETRACKED FOR MORE THAN 43 DAYS CONCERNING HIS CASE. WALKED OUT ON AS THE DEFENDANT WAS FOR MORE THAN 43 DAYS UNTIL IT WAS TOO LATE. THE FILING OF THE 2254 BY THE ATTORNEY WAS JUST TO SAVE FACE BECAUSE SHE KNEW, OR SHOULD HAVE KNOWN, ABOUT THE DEFENDANTS FEDERAL TIME LIMIT. THIS IS A CLEAR CASE OF "CLOSING THE BARN DOOR AFTER THE HORSE HAS ALREADY RUN AWAY." CLEARLY, THE FORGOING UNDISPUTED FACTS SHOULD SATISFY THE REQUIRED ELEMENTS OF STRICKLAND AND HOLLAND FOR ABANDONMENT INEFFECTIVE ASSISTANCE AND PURE NEGLIGENCE, WHICH COMBINED SHOULD OVERCOME ANY AND ALL PROCEDURAL BARS IN THIS PETITIONERS CASE. ANY DECISION UNFAVORABLE TO PETITIONER IN THIS MATTER WILL BE CONTRARY TO CLEARLY ESTABLISHED LAW. WILLIAMS V. TAYLOR THE PETITIONERS CASE WAS ABANDONED AND DEFICIENTLY DELAYED FOR MORE THAN 43 DAYS.

AO 241 (Rev. 09/17)

THEN DUE TO THE ATTORNEYS NEGLIGENCE THE CASE WAS DENIED. NOW THE DEFENDANT COMES TO THIS COURT FOR JUSTICE, BECAUSE IN THE WORDS OF JOHNSON V. ROGERS "JUSTICE DELAYED IS JUSTICE DENIED." THE PETITIONER CLOSES WITH THE HOLDING IN ROSE V. LUNDY WHICH HOLDS, "ERRORS OF THIS KIND JUSTIFY COLLATERAL RELIEF NO MATTER HOW LONG THEY MAY HAVE BEEN FINAL AND EVEN IF THEY HAVE NOT BEEN RAISED IN A PRIOR PROCEEDING." THE DEFENDANT/PETITIONER REQUESTS THAT THIS LEGAL REASONING BE APPLIED TO HIS CASE IN ORDER FOR THE INTERESTS OF JUSTICE TO BEST BE SERVED.

WHEREFORE, THE DEFENDANT PRAYS THAT THE COURT WILL GRANT THIS 2254 PETITION AND GIVE HIM RELIEF BY ALLOWING HIS PREVIOUS 2254 TO BE DECLARED TIMELY DUE TO THE INEFFECTIVENESS AND ABANDONMENT OF HIS POST CONVICTION COUNSEL, PLUS ANY AND ALL RELIEF THAT THIS COURT DEEMS JUST AND PROPPER.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

**INSTITUTION** OKALOOSA                          **CELL/DORM & BUNK** B2128

**NAME** JEAN C. HOLYBRICE              **NUMBER** 444122    **DATE** 5/15/2023

## OATH AND SERVICE

UNDER THE PENALTIES OF PERJURY I HERBY SWEAR THAT THE FOREGOING MOTION IS TRUE, AND THAT TWO COPIES OF THIS MOTION WAS SENT TO THE CLERK OF THE DISTRICT COURT TAMPA DIVISION, BY U.S. MAIL, ON THIS 15TH DAY OF MAY 2023.

Jean C. Holybrice

JEAN C. HOLYBRICE
D.C.# 444122

PG. 16

DC3-008